# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 6/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John C. Campbell United States Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUL -2 A 10: 58 FINANCIAL DISCLOSURE OFFICE

Granade, Callie V.

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Southwest Bancshares, Inc. (Director's fees) |
| 2. 2009 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 2009, December 2009 | Washington, DC | attend FJA Board meetings | Transportation, hotel & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bank cshares stock (see note) | E | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wachovia Bank Accounts | A | Interest | J | T | | | | | |
| 4. Army Aviation Center Federal Credit Union | A | Interest | K | T | | | | | |
| 5. 1/2 Interest in Virginia Properties, LLC (see note) | | None | K | W | | | | | |
| 6. Morgan Stanley Brokerage Account | | | | | | | | | |
| 7. – Bank Deposit Program Morgan Stanley Bank | A | Interest | N | T | | | | | |
| 8. – American Cap Strategies Ltd. common stock | A | Dividend | | | Sold | 01/03/09 | J | A | |
| 9. – Apple Computer Inc. common stock | | None | L | T | | | | | |
| 10. – Biotech Holders Tr stock | | None | J | T | | | | | |
| 11. | | | | | Spinoff (from line 10) | 04/28/09 | J | | |
| 12. | | | | | Sold (part) | 04/28/09 | J | D | |
| 13. | | | | | Buy (add'l) | 11/18/09 | J | | |
| 14. | | | | | Sold (part) | 11/18/09 | J | A | |
| 15. – Coca Cola stock | A | Dividend | K | T | | | | | |
| 16. – Diageo PPLC SponADR stock | C | Dividend | L | T | | | | | |
| 17. – Duke Energy Corp Hldg. Co. stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. – Ishares MSCI Aust Index Fund | B | Dividend | K | T | | | | | |
| 19. – Ishares MSCI Brazil (Free) Index Fund | A | Dividend | J | T | | | | | |
| 20. – Kimberly Clark Corp. stock | B | Dividend | L | T | | | | | |
| 21. – Microsoft Corp. common stock | A | Dividend | L | T | | | | | |
| 22. – Monsanto Co. stock | A | Dividend | K | T | | | | | |
| 23. – Nestle Spon ADR stock (see note) | B | Dividend | L | T | | | | | |
| 24. – Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 25. – Powershares Exchange Tr. Fund | A | Dividend | K | T | | | | | |
| 26. – Powershares Water Res PTF | A | Dividend | K | T | | | | | |
| 27. – Royal Bank of Scotland ser Q | C | Dividend | K | T | | | | | |
| 28. – Sherwin Williams Co. Ohio stock | A | Dividend | K | T | | | | | |
| 29. – Target Corp. stock | A | Dividend | K | T | | | | | |
| 30. – The Advisory Board Co. stock | | None | J | T | | | | | |
| 31. – U.S. Bancorp common stock | A | Dividend | K | T | | | | | |
| 32. – Lauderdale Cnty & Florence, AL Health Rev Bond | B | Interest | K | T | | | | | |
| 33. – Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 34. – Seariver Maritime Def Interest Debenture zero coupon | | None | M | T | | | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. — BAC Capital Trust | B | Interest | K | T | | | | | |
| 36. — JPM Chase Cap XVI | B | Interest | K | T | | | | | |
| 37. — USB Cap VI | B | Interest | K | T | | | | | |
| 38. — American Amcap B Mutual Fund | | None | | | Merged (with line 39) | 12/11/09 | J | | |
| 39. —American Amcap A Mutual Fund | | None | K | T | Open | 12/11/09 | J | | |
| 40. — American Growth Fund of America B Mutual Fund | | None | | | Merged (with line 41) | 12/11/09 | J | | |
| 41. —American Growth Fund of America A Mutual Fund | A | Dividend | K | T | Open | 12/11/09 | J | | |
| 42. — American Inv Co. of America B Mutual Fund | | None | | | Merged (with line 43) | 12/11/09 | K | | |
| 43. —American Inv Co. of America A Mutual Fund | A | Dividend | K | T | Open | 12/11/09 | K | | |
| 44. — M & I Marshall & Ilsley Bank CD | D | Interest | L | T | | | | | |
| 45. — Southwest Bank of St. Louis CD | D | Interest | L | T | | | | | |
| 46. — Town North Bank CD (see note) | | | | | | | | | |
| 47. — Allstate Life Variable Annuity | | None | L | T | | | | | |
| 48. Morgan Stanley Retirement Account | A | Dividend | L | T | | | | | |
| 49. — Allianz CCM Cap Apprec B Mutual Fund | | . | | | | | | | |
| 50. —Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 51. 1/12 mineral rights, parcel in Washington County, AL | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 40% interest in Daphne Offices, LLC Daphne, AL (see note) | D | Rent | M | S | | | | | |
| 53. 15.25% interest in office bldg, Bay Minette, AL (see note) | C | Rent | L | W | Buy (add'l) | 09/24/09 | J | | Thomas D. Moore |
| 54. 34% int in South Baldwin Offices, LLC Foley, AL (see note) | D | Rent | L | Q | Buy (add'l) | 11/18/09 | K | | Thomas D. Moore |
| 55. 16.24% interest in Stockton Oaks, LLC (see note) | E | Distribution | K | W | | | | | |
| 56. 1/6 interest in [  ] property in Magnolia Springs, AL | | None | L | W | . | | | | |
| 57. 1/3 interest in real estate parcel #1 in Washington Cty, AL | | None | L | W | | | | | |
| 58. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 59. 1/2 int in rl est. parcel #3 in Washington Cty, AL(see note) | | None | J | W | Open | 06/16/09 | J | | |
| 60. Ameritrade IRA | C | Int./Div. | N | T | | | | | |
| 61. -- Fairholme Fund | | | | | Buy (add'l) | 04/29/09 | K | | |
| 62. | | | | | Buy (add'l) | 07/31/09 | J | | |
| 63. | | | | | Buy (add'l) | 12/17/09 | J | | |
| 64. --First Eagle Global Fund Class I | | | | | Buy (add'l) | 12/17/09 | J | | |
| 65. -- First Eagle Gold Fund Class A | | | | | Buy (add'l) | 09/09/09 | J | | |
| 66. | | | | | Buy (add'l) | 11/24/09 | J | | |
| 67. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 68. --Forside FD SVCS LLC Wintergreen FD | | | | | Buy | 09/23/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J $15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/23/09 | J | | |
| 70. —Ivy Funds Science and Technology Class A | | | | | Buy | 05/14/09 | K | | |
| 71. | | | | | Buy (add'l) | 07/24/09 | K | | |
| 72. | | | | | Buy (add'l) | 12/14/09 | J | | |
| 73. — Ameritrade Cash Account | | | | | | | | | |
| 74. — Matthews Pacific Tiger | | | | | Buy | 05/19/09 | K | | |
| 75. | | | | | Buy (add'l) | 06/05/09 | J | | |
| 76. | | | | | Buy (add'l) | 07/22/09 | J | | |
| 77. | | | | | Buy (add'l) | 12/09/09 | J | | |
| 78. — Turner Emerging Growth Fund | | | | | | | | | |
| 79. —Permanent Portfolio Fund Com | | | | | Buy | 05/12/09 | K | | |
| 80. | | | | | Buy (add'l) | 05/27/09 | K | | |
| 81. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 82. — Royce Fund Microcap Investment CL | | | | | Buy | 08/12/09 | J | | |
| 83. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 84. — Diamonds Trust Series I Com | | | | | Buy (add'l) | 01/26/09 | J | | |
| 85. | | | | | Buy (add'l) | 03/04/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/23/09 | K | | |
| 87. -- SPDR Gold Tr Gold SHS Closed End Fund | | | | | Sold (part) | 01/20/09 | J | | |
| 88. | | | | | Buy (add'l) | 02/17/09 | J | | |
| 89. | | | | | Sold (part) | 02/17/09 | J | | |
| 90. | | | | | Sold (part) | 03/25/09 | J | | |
| 91. | | | | | Buy (add'l) | 03/27/09 | J | | |
| 92. | | | | | Sold (part) | 03/27/09 | J | | |
| 93. | | | | | Sold (part) | 04/20/09 | J | | |
| 94. | | | | | Buy (add'l) | 05/14/09 | J | | |
| 95. | | | | | Sold (part) | 05/14/09 | J | | |
| 96. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 97. | | | | | Sold (part) | 06/02/09 | J | | |
| 98. | | | | | Buy (add'l) | 07/08/09 | J | | |
| 99. | | | | | Sold (part) | 07/08/09 | J | | |
| 100. | | | | | Buy (add'l) | 08/05/09 | J | | |
| 101. | | | | | Sold (part) | 08/05/09 | J | | |
| 102. | | | | | Buy (add'l) | 09/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/16/09 | J | | |
| 104. | | | | | Sold (part) | 10/19/09 | J | | |
| 105. --IShares Silver Trust | | | | | Buy | 01/05/09 | K | | |
| 106. | | | | | Sold (part) | 01/06/09 | J | | |
| 107. | | | | | Sold (part) | 01/23/09 | J | | |
| 108. | | | | | Buy (add'l) | 01/29/09 | K | | |
| 109. | | | | | Sold (part) | 01/29/09 | J | | |
| 110. | | | | | Buy (add'l) | 02/19/09 | J | | |
| 111. | | | | | Sold (part) | 02/19/09 | J | | |
| 112. | | | | | Sold (part) | 03/25/09 | J | | |
| 113. --Powershares DB Agriculture Fund | | | | | Buy | 01/16/09 | K | | |
| 114. | | | | | Sold (part) | 01/16/09 | J | | |
| 115. | | | | | Sold (part) | 02/27/09 | J | | |
| 116. | | | | | Buy (add'l) | 03/20/09 | J | | |
| 117. | | | | | Sold (part) | 03/20/09 | J | | |
| 118. | | | | | Sold (part) | 04/22/09 | J | | |
| 119. | | | | | Buy (add'l) | 05/26/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/26/09 | J | | |
| 121. | | | | | Sold (part) | 06/24/09 | J | | |
| 122. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 123. | | | | | Sold (part) | 07/15/09 | J | | |
| 124. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 125. | | | | | Sold (part) | 08/21/09 | J | | |
| 126. | | | | | Sold (part) | 10/19/09 | J | | |
| 127. —United State Nat Gas Fund Com | | | | | Buy | 02/06/09 | K | | |
| 128. | | | | | Sold (part) | 02/06/09 | J | | |
| 129. | | | | | Sold (part) | 02/23/09 | J | | |
| 130. | | | | | Buy (add'l) | 03/20/09 | J | | |
| 131. | | | | | Sold (part) | 03/23/09 | J | | |
| 132. | | | | | Sold (part) | 04/23/09 | J | | |
| 133. | | | | | Buy (add'l) | 06/18/09 | J | | |
| 134. | | | | | Sold (part) | 06/18/09 | J | | |
| 135. | | | | | Sold (part) | 06/26/09 | J | | |
| 136. | | | | | Buy (add'l) | 07/09/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 07/09/09 | J | | |
| 138. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 139. | | | | | Sold (part) | 07/15/09 | J | | |
| 140. | | | | | Buy (add'l) | 08/20/09 | J | | |
| 141. | | | | | Sold (part) | 09/04/09 | J | | |
| 142. | | | | | Buy (add'l) | 10/16/09 | J | | |
| 143. --Proshares Ultra Russell | | | | | Buy | 01/07/09 | K | | |
| 144. | | | | | Sold (part) | 01/07/09 | J | | |
| 145. | | | | | Sold (part) | 01/26/09 | J | | |
| 146. | | | | | Sold (part) | 03/05/09 | J | | |
| 147. | | | | | Sold | 03/19/09 | J | | |
| 148. --Amex SPDR Energy Select | | | | | Buy | 01/29/09 | K | | |
| 149. | | | | | Sold (part) | 01/29/09 | J | | |
| 150. | | | | | Sold (part) | 02/24/09 | J | | |
| 151. | | | | | Buy (add'l) | 03/19/09 | J | | |
| 152. | | | | | Sold (part) | 03/19/09 | J | | |
| 153. | | | | | Sold (part) | 03/23/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 04/21/09 | J | | |
| 155. | | | | | Sold (part) | 04/22/09 | J | | |
| 156. | | | | | Sold (part) | 05/18/09 | K | | |
| 157. —Amex SPDR Utilities Select | | | | | Buy | 02/03/09 | K | | |
| 158. | | | | | Sold (part) | 02/03/09 | J | | |
| 159. | | | | | Sold | 06/19/09 | K | | |
| 160. —Amex SPDR Technology Select | | | | | Buy | 05/18/09 | K | | |
| 161. | | | | | Sold | 06/19/09 | K | | |
| 162. Trust #1 (see note)(See Part I, Line 1) | | None | M | T | | | | | |
| 163. Trust #2 (see note) | | None | P1 | Q | | | | | |
| 164. -- Southwest Bancshares stock | | | | | | | | | |
| 165. Morgan Stanley Smith Barney Citigroup account | | | | | | | | | |
| 166. -- Genworth Life & Annuity annuity | | None | K | T | | | | | |
| 167. Stone, Granade & Crosby, P.C. 401(k) (see note) | | | M | T | | | | | |
| 168. --Vanguard Prime Money Market | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 6/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2009

Part VII, Line 5: Virginia Properties owns [         ] of real estate in Baldwin County, Alabama

Part VII, Line 42: This CD was redeemed on July 7, 2009 for $95,000.00. The redemption was inadvertantly omitted from last year's report.

Part VII, Line 52: Daphne Offices, LLC owns an office building in Daphne, AL, last appraised on 8/6/02 for $300,000. Tax valuation for 2009 was $321,000. 40% of $321,000 = $128,400.

Part VII, Line 53: Office Building in Bay Minette, AL was given an estimated total valuation by a real estate agent in 2009 of $370,000. 15.25% of $370,00 is $56,425. Tax valuation for 2009 was $416,000.
    15.25% of $416,000 is $63,440.

Part VII, Line 54: South Baldwin Offices, LLC owns an office building and lot in Foley, AL, last appraised in April 2002 for $200,000. Tax valuation for 2009 was $252,300. 34% of $252,330 is $85,782.

Part VII, Line 55: Stockton Oaks, LLC sold some of its assets (acreage). The acreage it now owns is [         ] in North Baldwin County, AL with an estimated value of $223,000. 16.24% of $223,00 is $35,680.

Part VII, Line 59: This was a gift to [         ]

Part VII, Line 162: The only asset in Trust #1 is a permanent life insurance policy.

Part VII, Line 163: The only asset in Trust #2 is stock of Southwest Bancshares, some of which ws a gift from [         ] and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2009. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 167: This is a 401(k) plan at [         ] law firm. On July 20, 2009, the administrator of the plan was changed from the Geller Group, Ltd., to Leavell Investment Management, Inc Reports are issued quarterly by Daily Access, a plan recordkeeping service.
    When the administrator changed in July 2009, all of the assets managed by the previous administrator (those reported under this plan on the 2008 report) wereliquadated, and the proceeds were invested in Vanguard Prime Money Market.
        The dates of those sales were not reported to [         ]

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544